UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

In Re: )
)
) Chapter 11
INPRINT MANAGEMENT, INC. ) Case No. 18-11931-JNF
)
Debtor. )
)

### *EMERGENCY* MOTION OF SECURED CREDITOR PFG VENTURES, LP TO APPEAR TELEPHONICALLY AT THE HEARING ON FRIDAY, JUNE 8, 2018 AT 11:00 A.M. TO CONSIDER EMERGENCY MOTION OF THE DEBTOR FOR ENTRY OF A FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL, AND GRANTING ADEQUATE PROTECTION

Now comes PFG Ventures, LP ("PFG") who respectfully requests the Court allow its out of town counsel to appear telephonically on Friday, June 8, 2018 at 11:00 a.m. regarding the Debtor's Emergency Motion for Entry of a Final Order Authorizing Use of Cash Collateral, and Granting Adequate Protection (Doc. No. 4) ("Cash Collateral Motion").

Given the emergency nature of the Cash Collateral Motion, the recent filing of this chapter 11 bankruptcy case, and its counsel's locality in Cleveland, Ohio, PFG respectfully submits that good cause exists to permit its counsel to appear by telephone. The hearing is non-evidentiary.

WHEREFORE, PFG respectfully requests that the Court enter an Order, pursuant to MLBR 9074-1, authorizing its out of town counsel to appeal at the June 8, 2018 hearing at 11:00 a.m. by telephone, and granting PFG such additional relief as the Court deems proper.

    Respectfully submitted,

/s/ Todd A. Atkinson
Richard G. Hardy (admitted *pro hac vice*)
Todd A. Atkinson (admitted *pro hac vice*)
**ULMER & BERNE LLP**
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, Ohio  44113-1448
(216) 583-7000
(216) 583-7001 (Fax)
rhardy@ulmer.com
tatkinson@ulmer.com

*Counsel for PFG Ventures, LP*

Dated: June 5, 2018



# Ulmer
ATTORNEYS

Todd A. Atkinson
*Counsel*

DIRECT   216.583.7162
DIRECT FAX   216.583.7163
EMAIL   tatkinson@ulmer.com

June 5, 2018

**FEDERAL EXPRESS**

United States Bankruptcy Court
John W. McCormack Post Office and Court House
Clerk of Court
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

Dear Clerk of Court:

Please find enclosed **_Emergency_** Motion Of Secured Creditor PFG Ventures, LP To Appear Telephonically At The Hearing On **Friday, June 8, 2018 At 11:00 A.M.** To Consider Emergency Motion Of The Debtor For Entry Of Final Order Authorizing Use Of Cash Collateral, And Granting Adequate Protection.

Please file the enclosed as soon as possible in case number 18-11931.

Should you have any questions, please contact me.

Sincerely,

Todd A. Atkinson

Enclosures
Federal Express #7812 8078 2910

CLEVELAND
COLUMBUS
CINCINNATI
CHICAGO
BOCA RATON

ULMER.COM

1660 West 2ND Street
Suite 1100
Cleveland, OH 44113-1406

FIRM   216.583.7000    FAX   216.583.7001