**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)**

|  |  |  |
|---|---|---|
| In Re: | ) ) ) | Chapter 11 |
| INPRINT MANAGEMENT, INC. | ) ) | Case No. 18-11931-JNF |
| Debtor. | ) ) ) |  |

***EMERGENCY* MOTION OF SECURED CREDITOR PFG VENTURES, LP TO APPEAR TELEPHONICALLY AT THE HEARING ON TUESDAY, JULY 10, 2018 AT 10:00 A.M. TO CONSIDER EMERGENCY MOTION OF THE DEBTOR FOR ENTRY OF A FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL, AND GRANTING ADEQUATE PROTECTION**

Now comes PFG Ventures, LP ("PFG") who respectfully requests the Court allow its out of town counsel to appear telephonically on Tuesday, July 10, 2018 at 10:00 a.m. regarding the Debtor's Emergency Motion for Entry of a Final Order Authorizing Use of Cash Collateral, and Granting Adequate Protection (Doc. No. 4) ("Cash Collateral Motion").

Given the nature of the Cash Collateral Motion, the relatively recent filing of this chapter 11 bankruptcy case, and its counsel's locality in Cleveland, Ohio, PFG respectfully submits that good cause exists to permit its counsel to appear by telephone. The hearing is non-evidentiary.

WHEREFORE, PFG respectfully requests that the Court enter an Order, pursuant to MLBR 9074-1, authorizing its out of town counsel to appeal at the July 10, 2018 hearing at 10:00 a.m. by telephone, and granting PFG such additional relief as the Court deems proper.

Respectfully submitted,

*/s/ Todd A. Atkinson*
Richard G. Hardy (admitted *pro hac vice*)
Todd A. Atkinson (PHV0007374OH)
**ULMER & BERNE LLP**
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, Ohio  44113-1448
(216) 583-7000
(216) 583-7001 (Fax)
rhardy@ulmer.com
tatkinson@ulmer.com

*Counsel for PFG Ventures, LP*

Dated: July 6, 2018

**CERTIFICATE OF SERVICE**

I certify that on July 6, 2018, a true and correct copy of the foregoing was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Paula R.C. Bachtell    paula.bachtell@usdoj.gov

    Michael B. Feinman    mbf@feinmanlaw.com, kmk@feinmanlaw.com

    John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV

    George J. Nader    nader@rileydever.com, g30344@notify.cincompass.com

*/s/ Todd A. Atkinson*
Todd A. Atkinson (PHV0007374OH)
**ULMER & BERNE LLP**
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, Ohio  44113-1448
(216) 583-7000
(216) 583-7001 (Fax)
tatkinson@ulmer.com

*Counsel for PFG Ventures, LP*