UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

|  |  |  |
|---|---|---|
| In Re: | ) ) ) | Chapter 11 |
| INPRINT MANAGEMENT, INC. d/b/a Proforma InMotion | ) ) ) | Case No. 18-11931-FJB |
| Debtor. | ) ) ) |  |

## AMENDED MOTION BY DEBTOR TO ASSUME FRANCHISE AGREEMENT

InPrint Management Inc., the herein Chapter 11 debtor-in-possession in the above captioned case (the "Debtor"), requests that the Court enter an Order, pursuant to U.S.C. §365(a), approving the assumption of the Debtor's franchise agreement with PFG Ventures, LP ("PFG").

In further support of this Motion, the Debtor states as follows:

### INTRODUCTION

1. On May 24, 2018 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of 11 U.S.C. § 101, *et seq.* ("Bankruptcy Code") with this Court.

2. The Debtor continues to operate as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

### JURISDICTION

3. This Court has jurisdiction to consider and determine this Motion pursuant to 28 U.S.C. §1334. This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409.

### THE FRANCHISE AGREEMENT

4. The Debtor operates a *Proforma* franchised business ("Proforma") under a franchise agreement (as amended) with PFG dated February 20, 2013 (the "Franchise

Agreement") for the purpose of providing marketing communication services integrated with print management, promotional items, and sales process management to its customers. The term of the Franchise Agreement extends until such time as either party terminates it pursuant to its terms and conditions. A copy of the Franchise Agreement is attached hereto and marked as Exhibit #1.

5.  Pursuant to the terms of the Franchise Agreement, the Debtor is obligated to pay a franchise fee to PFG in an amount equal to 9% of the Debtor's monthly gross sales of $50,000 or less, 7.75% of monthly gross sales of $50,001 to $100,000, and $6.5% on monthly gross sales in excess of $100,001. At the time of the Debtor's bankruptcy filing, the Debtor owed PFG $0 for past due franchise fees under the Franchise Agreement. The Debtor has remained current on all franchise fees due and owing to PFG since the bankruptcy filing. To the extent there exists any franchise fees due and owing the Debtor agrees to cure these amounts at the time of the assumption of the Franchise Agreement hereunder.

6.  In addition, at the time of the filing, the Debtor was indebted to PFG in the amount of $78,142.80 for certain advances made by PFG to the Debtor and for "chargebacks" due and owing under the Franchise Agreement. Pursuant to the Debtor's Plan of Reorganization Dated March 19, 2019, including agreed to modifications, the Debtor proposes to pay all amounts due and owing to PFG for advances and chargebacks, as well as attorneys' fees over a term of 36 months.

## RELIEF REQUESTED

7.  Pursuant to this Motion, the Debtor seeks an Order approving the assumption of the Franchise Agreement.

9.      The Debtor is current on its post-petition obligations under the Franchise Agreement.

10.     If the Debtor is forced to reject the Franchise Agreement at this time, then the Debtor would be forced to immediately cease its business operations as a Proforma franchise which would lead to a total cessation of business operations.  Pursuant to the terms of the Franchise Agreement, the Debtor does not incur a franchise fee liability to PFG unless it generates monthly sales.  As a result, there exists no administrative expense liability to the estate for future franchise fees once the Franchise Agreement is assumed pursuant to 11 U.S.C. § 365(a).

WHEREFORE, the Debtor respectfully requests that the Court enter an Order pursuant to 11 U.S.C. § 365(a), assuming the Franchise Agreement with PFG Ventures, LP, and granting to the Debtor such other relief as is just and proper.

> INPRINT MANAGEMENT, INC.
> d/b/a Proforma InMotion
> By its attorney,
>
> /s/ George J. Nader
>
> _____
> George J. Nader
> BBO #549149
> Riley & Dever, P.C.
> 210 Broadway, Suite 101
> Lynnfield, MA 01940-2351
> (781) 581-9880
> nader@rileydever.com

Dated: May 29, 2019

## **CERTIFICATE OF SERVICE**

I, George J. Nader, do hereby certify that I have this day served a copy of the **AMENDED MOTION BY DEBTOR TO ASSUME FRANCHISE AGREEMENT**, by first class regular U.S. mail, postage prepaid to individuals on the attached Service List or by electronic delivery on all ECF registered users.

        INPRINT MANAGEMENT, INC.
        d/b/a Proforma InMotion
        By its attorney,

        /s/ George J. Nader

        _____
        George J. Nader
        BBO #549149
        Riley & Dever, P.C.
        210 Broadway, Suite 101
        Lynnfield, MA 01940-2351
        (781) 581-9880
        nader@rileydever.com

Dated: May 29, 2019

**Service List**

Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Floor Suite 1000
Boston, MA 02109

Richard G. Hardy, Esq.
Ulmer & Berne LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1406

PFG Ventures, LP
8800 E. Pleasant Valley Road
Cleveland, OH 44131

TD Bank Auto Finance
PO Box 16035
Lewiston, ME 04243

Honda Financial Service
PO Box 7003
Holyoke, MA 01041

State of Connecticut
Sales Tax and Withholding
450 Columbus Boulevard Suite 1
Hartford, CT 06103

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Mali and Tom Alwood
468 Stoneridge Drive
San Luis Obispo, CA 93410

Joseph Skerry III, Esq.
Law Office of Joseph H. Skerry, III Esq.
304 Cambridge Road Suite 520
Woburn, MA 01801

Michael Flynn
119 Merrimac Street Apt. C
Newburyport, MA 01955

Timothy E. Steigelman, Esq.
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101

InPrint Management, Inc.
18 Graf Road, Unit 25
Newburyport MA  01950

Santander Consumer USA
PO Box 105255
Atlanta, GA 30348

Santander Consumer USA
Attn: Bankruptcy Dept.
P.O. Box 560284
Dallas, TX 75356-0284

Michael Capo, CPA
21 Storey Avenue
Newburyport, MA 01950

Wells Fargo Financial Services
c/o HYG Financial Services
PO Box 16035
Lewiston, ME 04243

On Deck Capital
c/o Federated Law Group
887 Donald Ross Road
Juno Beach, FL 33408

Harvard Pilgrim Health
PO Box 970050
Boston, MA 002297

Marlin Business Bank
300 Fellowship Road
Mount Laurel, NJ 08054

Beacon Funding
3400 Dundee Road, Suite 180
Northbrook, IL 60062

KTI Networks
10415-A Westpark Drive
Houston, TX 77042

Cutter & Buck
P.O. BOX 34855
Seattle, WA 98124-1855

Hawks Tag
P.O. Box 541207
Cincinnati, OH 45254

Capital One Platinum
PO Box 71083
Charlotte, NC 28272-1083

Freedom Digital Printing
200 Butterfield Drive, Suite A-2
Ashland, MA 01721-2060

Medline
PO Box 382075
Pittsburgh, PA 15251-8075

Mega Cap, Inc.
8640 Rochester Avenue
Rancho Cucamonga, CA 91730-4905

Prestige Custom Print
10 Marshall Lane
Cromwell, CT 06416-1248

T&T Promotions, LLC
308 Durham Road, Apt. B
Dover, NH 03820-4345

Alpha Broder
23591 Network Place
Chicago, IL 60673-1235