UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| INPRINT MANAGEMENT, INC. ) | Case No. 18-11931-FJB |
| d/b/a Proforma InMotion ) | |
| ) | |
| Debtor. ) | |

**FIRST MODIFICATION TO DEBTOR'S PLAN OF REORGANIZATION
DATED MARCH 19, 2019 PURSUANT TO FEDERAL BANKRUPTCY RULE 3019(a)**

InPrint Management, Inc. d/b/a Proforma InMotion, the herein Chapter 11 debtor (the "Debtor"), hereby modifies its Plan of Reorganization Dated March 19, 2019 (the "Plan"), as follows:

**I.   SECTION 5.02 OF THE PLAN MODIFIED TO READ AS FOLLOWS:**

**5.02   Class Two: PFG Ventures, LP:** This class consists of the Allowed Secured Secured claim of PFG Ventures, LP d/b/a Proforma ("PFG") against the Debtor. PFG holds a first priority security interest on all personal property assets of the Debtor pursuant to a Franchise Agreement dated February 20, 2013 and a Receivables and Security Agreement dated February 20, 2013, (the "PFG Agreements"). The total amount owed to PFG as of the Petition Date was approximately $78,142.80.

The Allowed Secured Claim of PFG shall be fully settled and satisfied by the payment of the entire outstanding balance due and owing to PFG as of the Effective Date as hereinafter modified as follows: the entire outstanding balance due and owing as of the Effective Date to PFG, including attorneys' fees, shall be amortized and paid over 36 months in equal monthly installments of principal and interest in arrears at 5%.

In addition, on or before the Effective Date, the Debtor shall assume the PFG Agreements by separate Order of the Court pursuant to 11 U.S.C. §365 and PFG shall retain its first priority security

interest in all personal property assets of the Debtor.   In all respects, the terms of the PFG Agreements shall remain unaffected and in full force.

This claim is impaired under the Plan and the claimant is entitled to vote to accept or reject the Plan.

                        INPRINT MANAGEMENT, INC.
                        d/b/a Proforma InMotion
                        By its attorney,

/s/ George J. Nader
_____
George J. Nader
BBO #549149
Riley & Dever, P.C.
210 Broadway, Suite 101
Lynnfield, MA 01940-2351
(781) 581-9880
nader@rileydever.com

Dated: June 11, 2019

## CERTIFICATE OF SERVICE

      I, George J. Nader, do hereby certify that I have this day served a copy of **FIRST MODIFICATION TO DEBTOR'S PLAN OF REORGANIZATION DATED MARH 19, 2019 PURSUANT TO FEDERAL BANKRUPTCY RULE 3019(a),** by first class mail, postage prepaid to the creditors on the attached Service List (and electronically on all registered ECF users)..

                                        INPRINT MANAGEMENT, INC.
                                        d/b/a Proforma InMotion
                                        By its attorney,

                                        /s/ George J. Nader
                                        _____
                                        George J. Nader
                                        BBO #549149
                                        Riley & Dever, P.C.
                                        210 Broadway, Suite 101
                                        Lynnfield, MA 01940-2351
                                        (781) 581-9880
                                        nader@rileydever.com

Dated: June 11, 2019

**Service List**

Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Floor Suite 1000
Boston, MA 02109

Richard G. Hardy, Esq.
Ulmer & Berne LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1406

PFG Ventures, LP
8800 E. Pleasant Valley Road
Cleveland, OH 44131

TD Bank Auto Finance
PO Box 16035
Lewiston, ME 04243

Honda Financial Service
PO Box 7003
Holyoke, MA 01041

State of Connecticut
Sales Tax and Withholding
450 Columbus Boulevard Suite 1
Hartford, CT 06103

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Mali and Tom Alwood
468 Stoneridge Drive
San Luis Obispo, CA 93410

Joseph Skerry III, Esq.
Law Office of Joseph H. Skerry, III Esq.
304 Cambridge Road Suite 520
Woburn, MA 01801

Michael Flynn
119 Merrimac Street Apt. C
Newburyport, MA 01955

Timothy E. Steigelman, Esq.
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101

InPrint Management, Inc.
18 Graf Road, Unit 25
Newburyport MA  01950

Santander Consumer USA
PO Box 105255
Atlanta, GA 30348

Santander Consumer USA
Attn: Bankruptcy Dept.
P.O. Box 560284
Dallas, TX 75356-0284

Michael Capo, CPA
21 Storey Avenue
Newburyport, MA 01950

Wells Fargo Financial Services
c/o HYG Financial Services
PO Box 16035
Lewiston, ME 04243

On Deck Capital
c/o Federated Law Group
887 Donald Ross Road
Juno Beach, FL 33408

Harvard Pilgrim Health
PO Box 970050
Boston, MA 002297

Marlin Business Bank
300 Fellowship Road
Mount Laurel, NJ 08054

Beacon Funding
3400 Dundee Road, Suite 180
Northbrook, IL 60062

KTI Networks
10415-A Westpark Drive
Houston, TX 77042

Cutter & Buck
P.O. BOX 34855
Seattle, WA 98124-1855

Hawks Tag
P.O. Box 541207
Cincinnati, OH 45254

Capital One Platinum
PO Box 71083
Charlotte, NC 28272-1083

Freedom Digital Printing
200 Butterfield Drive, Suite A-2
Ashland, MA 01721-2060

Medline
PO Box 382075
Pittsburgh, PA 15251-8075

Mega Cap, Inc.
8640 Rochester Avenue
Rancho Cucamonga, CA 91730-4905

Prestige Custom Print
10 Marshall Lane
Cromwell, CT 06416-1248

T&T Promotions, LLC
308 Durham Road, Apt. B
Dover, NH 03820-4345

Alpha Broder
23591 Network Place
Chicago, IL 60673-1235